UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff<br><br>v.<br><br>CREATIVE SOLUTIONS, a business entity of unknown form,<br><br>　　　　and<br><br>MICHAEL MOORE, as an individual and/or doing business as CREATIVE SOLUTIONS,<br><br>　　　　Defendants. | Case No.:3:13-cv-00277-TMR<br><br>Judge:　Thomas M. Rose |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

**WHEREAS** Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft") and Defendants Creative Solutions, a business entity of unknown form, and Michael Moore, as an individual and/or doing business as Creative Solutions ("Defendants"), have settled the above-captioned matter; and

**WHEREAS** this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and Defendants;

**IT IS HEREBY STIPULATED** by and between Microsoft and Defendants that the above-captioned action shall be dismissed by the Court with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney fees.

**IT IS HEREBY FURTHER STIPULATED** that the Court shall retain jurisdiction to enforce the Permanent Injunction that it has entered and the Settlement Agreement between the parties.

Dated: 11 - 18, 2013

Respectfully submitted,

*/s/ Christine E. Watchorn*
Christine E. Watchorn (0075919)
ULMER & BERNE LLP
88 East Broad Street – Suite 1600
Columbus, Ohio 43215-3581
Telephone: (614) 229-0000
Facsimile: (614) 229-0001
cwatchorn@ulmer.com

*Attorneys for Plaintiff Microsoft Corporation*

Dated: 11 - 11, 2013

*/s/ Kathy Ruark Blevins*
Kathy Ruark Blevins (0079346)
STROBL & ASSOCIATES, CO., L.P.A.
1015 East Centerville Station Road
Centerville, Ohio 45459
Telephone: (937) 496-1450
Facsimile: (937) 496-1453
kblevins@strobllaw.com

*Attorneys for Defendants Creative Solutions, a business entity of unknown form, and Michael Moore, as an individual and/or doing business as Creative Solutions*

## CERTIFICATE OF SERVICE

I certify that I filed STIPULATION FOR DISMISSAL WITH PREJUDICE on November 18, 2013 through the Southern District of Ohio's Document Filing System, District CM/ECF, from which a copy was automatically sent to attorney for Defendants.

Dated: November 18, 2013

By: /s/ *Christine E Watchorn*
Christine E. Watchorn (0075919)